UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
SECURITIES AND EXCHANGE COMMISSION,   :   **ORDER REGULATING**
:   **PROCEEDINGS**
Plaintiff,   :
:
-against-   :   20 Civ. 8101  (AKH)
:
:
:
AKAZOO S.A.,   :
:
Defendant.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Today I held a hearing regarding an emergency application by the Securities and Exchange Commission ("SEC").  *See* ECF No. 10.  For the reasons discussed on the record, the hearing is hereby adjourned to October 14, 2020, at 3:00 p.m., which hearing will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than October 13, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    October 7, 2020          /s/ Alvin K. Hellerstein
          New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge