UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AKAZOO, S.A.,<br><br>Defendant. | CASE No.: 1:20-cv-08101-AKH |

## NOTICE OF CONSENT MOTION TO INTERVENE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Class Action Lead Plaintiffs hereby respectfully move, pursuant to Federal Rules of Civil Procedure 24(a)(2) and (b)(2), to intervene in the above-captioned matter. The original parties to this action have consented to the relief requested herein.

Dated: October 9, 2020

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Phillip Kim, Esq.
Laurence Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim