UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> AKAZOO, S.A., <br><br> Defendant. | Civil Action No. 1:20-cv-08101-AKH |

The motion to intervene is granted to the extent that participation of the intervenor-plaintiffs is relevant to the SEC's proceedings to be defined by further Court orders. The Clerk is directed to close the motion at ECF No. 32.

So ordered.
October 14, 2020

## UNOPPOSED MOTION TO INTERVENE

Intervenor-Plaintiffs, by and through their undersigned counsel, hereby submit this Unopposed Motion to Intervene (the "Motion"), and move pursuant to Federal Rule of Civil Procedure 24 to intervene as Plaintiffs in the above-captioned action for the following reasons:

1. Intervenor-Plaintiffs have an interest relating to the property that is the subject of this action.

2. Intervenor-Plaintiffs' Motion is timely because this action was filed on September 30, 2020.

3. The SEC and Akazoo do not oppose Intervenor-Plaintiffs' intervention in this proceeding.

4. For the additional reasons stated in the Memorandum attached hereto and incorporated herewith and as stated in the pleading filed as an Exhibit to this Motion.

WHEREFORE, for the reasons set forth above, Intervenor-Plaintiffs respectfully request that this Court enter an Order granting their intervention as Plaintiffs in the above-captioned case; requiring that the Court docket the Complaint appended to this Motion as Exhibit 1 as a Complaint

in the above-captioned case; ordering that Intervenor-Plaintiffs proceed as Plaintiffs in the above-captioned case; and providing any further relief as it may deem appropriate.

Dated: October 12, 2020                              Respectfully submitted,

                                                     By: /s/ *Vineet Bhatia*

                                                     Vineet Bhatia
                                                     New York State Bar No. 2419273
                                                     S.D. Adm. VB9964
                                                     SUSMAN GODFREY L.L.P.
                                                     1000 Louisiana Street, Suite 5100
                                                     Houston, Texas 77002
                                                     Telephone: (713) 651-9366
                                                     vbhatia@susmangodfrey.com

                                                     Jillian Hewitt
                                                     New York State Bar No. 5469945
                                                     S.D. Adm. EB6850
                                                     SUSMAN GODFREY L.L.P.
                                                     1301 Avenue of the Americas, 32nd Floor
                                                     New York, New York 10019
                                                     Telephone: (212) 336-8330
                                                     jhewitt@susmangodfrey.com

                                                     *Attorneys for the Intervenor-Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2020, a true and correct copy of the foregoing was served on all counsel of record via ECF filing.

*s/ Jillian Hewitt*
Jillian Hewitt