UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                    :

SECURITIES AND EXCHANGE COMMISSION,  :    **ORDER REGULATING PROCEEDINGS**

                Plaintiff,  :

    -against-               :   20 Civ. 8101  (AKH)

                    :

AKAZOO S.A.,               :

                Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Today I held a continued hearing pursuant to the emergency application by the Securities and Exchange Commission ("SEC").  *See* ECF No. 4.  For the reasons discussed on the record, the hearing is hereby further continued to December 18, 2020, at 1:00 p.m.  The terms of the stipulation so ordered by the Court on October 23, 2020, shall remain in effect, provided that the carve-out amount set forth in Paragraph 3 of the stipulation shall be increased by $450,000.  *See* ECF No. 40.

          The hearing on December 18, 2020 will be held via the following call-in number:

          **Call-in number: 888-363-4749**

          **Access code: 7518680**

          To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

          Finally, no later than December 11, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:      November 30, 2020               /s/ Alvin K. Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                         United States District Judge