UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
：
:
Plaintiff, :
: 1:20-cv-08101 (AKH)
vs. :
:
AKAZOO S.A., :
:
Defendant. :
:
---------------------------------------------------------x

## ORDER

      Based on the parties' representations on the record during the January 22, 2021 hearing held in the above-captioned action, the Court hereby orders that the terms of the stipulation so ordered by the Court on October 23, 2020 shall remain in effect, provided that the carve-out amount set forth in Paragraph 3 of the stipulation shall be increased by an additional $200,000. See ECF No. 40.  As agreed among the parties, this additional carve-out of $200,000 shall be deducted from the contemplated final carve-out of $2 million under the terms of the proposed settlement framework.

      **IT IS SO ORDERED**, this __26___ day of ____January_____, 2021

      __/s/ Hon. Alvin K. Hellerstein_____
      **THE HONORABLE ALVIN K. HELLERSTEIN**
      **UNITED STATES DISTRICT JUDGE**