UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
SECURITIES AND EXCHANGE COMMISSION, :   **ORDER REGULATING**
:   **PROCEEDINGS**
                Plaintiff, :
:
   -against- :   20 Civ. 8101 (AKH)
:
:
:
AKAZOO S.A., :
:
:
                Defendant. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Today I held a continued conference pursuant to the emergency application by the Securities and Exchange Commission ("SEC").  *See* ECF No. 4.  Upon the parties' request, the conference is further continued to April 23, 2021, at 11:00 a.m., and the terms of the stipulation so ordered by the Court on October 23, 2020, shall remain in effect.  *See* ECF No. 40.  The parties shall submit by March 31, 2021, any settlement materials with respect to the injunctive relief sought by the SEC.

        The conference on April 23, 2021, will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than April 19, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   March 19, 2021   _____/s/_____
         New York, New York   ALVIN K. HELLERSTEIN
                                            United States District Judge