UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                Plaintiff, :
: 1:20-cv-08101 (AKH)
  vs. :
:
AKAZOO S.A., :
:
                Defendant. :
:
-----------------------------------------------------------x

## [PROPOSED] ORDER

      On the consent of all appearing parties, the Court hereby orders that the terms of the stipulation so ordered by the Court on October 23, 2020 shall be further modified to increase the carve-out amount set forth in Paragraph 3 of the stipulation by an additional $27 million. *See* ECF Nos. 40, 55. As agreed among the parties, this additional carve-out of $27 million shall be used as follows: The Company will transfer $26 million to the investor settlement escrow accounts as contemplated under the governing settlement agreements, and the remaining $1 million will be used by the Company to address certain accounts payable. No funds will be distributed from the settlement escrow accounts until all conditions of the governing settlement agreements have been satisfied.

**IT IS SO ORDERED, this**  18th  **day of**  June  **, 2021**

                                                        /s/ Hon. Alvin K. Hellerstein
                                                 _____
                                                 **THE HONORABLE ALVIN K. HELLERSTEIN**
                                                 **UNITED STATES DISTRICT JUDGE**