UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                         Plaintiff,   :   **SCHEDULING ORDER**
      -against-   :
                                      :   20 Civ. 8101 (AKH)
AKAZOO S.A.,   :
                        Defendant.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for Friday, August 6, 2021, at 11:00 a.m. is hereby canceled. If the parties wish to apprise the Court of any updates regarding the status of the case, they shall do so by way of letters.

        SO ORDERED.

Dated:    August 6, 2021                    _____/s/_____
            New York, New York           ALVIN K. HELLERSTEIN
                                                       United States District Judge