Vineet Bhatia
vbhatia@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366

Jillian Hewitt
jhewitt@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 336-8330

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**AKAZOO, S.A.,**<br><br>**Defendant.** | **Civil Action No. 1:20-cv-08101-AKH**<br><br>**ECF CASE**<br><br>**JURY TRIAL DEMANDED** |

**INTERVENOR-PLAINTIFFS'**
**UNOPPOSED MOTION TO ENTER AGREED JUDGMENT**

Intervenor-Plaintiffs file this Unopposed Motion to Enter Judgment pursuant to the April 23, 2021 Settlement Agreement:

1.  On April 23, 2021, Intervenor-Plaintiffs reached a settlement agreement with Defendant Akazoo S.A. ("Akazoo") and other settling parties that resolves all of the Intervenor-Plaintiffs' claims against Akazoo (the "Settlement Agreement").

2. The Settlement Agreement requires approval by the SEC. That approval has been provided but is contained in the Consent and Proposed Judgment filed in the SEC's Unopposed Motion to Enter Agreed Final Judgment Against Akazoo S.A., Dkt. No. 72.

3. Pursuant to the Settlement Agreement, Intervenor-Plaintiffs agreed to file the proposed judgment, which is attached as Exhibit A to this motion (the "Proposed Judgment") following final approval of the class action settlement submitted in *In re Akazoo S.A. Securities Litigation*, No. 20-cv-01900-BMC (E.D.N.Y.) (the "Class Action Settlement"). The Proposed Judgment will also dismiss the Intervenor-Plaintiffs' claims with prejudice.

3. The Class Action Settlement was finally approved by Judge Brian M. Cogan pursuant to an order dated September 9, 2021, which is attached as Exhibit B.

5. The Intervenor-Plaintiffs respectfully request that the Court *first* grant the SEC's Unopposed Motion and enter the Proposed Judgment filed by the SEC, *see* Dkt. No. 72; and *second*, enter the Intervenor-Plaintiffs' Proposed Judgment attached as Exhibit A hereto, and that the Court expressly rule that there is no just reason for delaying the entry of such Judgment and dismissing the Intervenor-Plaintiffs' claims with prejudice with both sides bearing their own costs and fees.

Dated: October 12, 2021								Respectfully Submitted,

*s/ Vineet Bhatia*
Vineet Bhatia
State Bar No.: 2419273 (NY)
S.D. Adm. VB9964
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com


Jillian Hewitt
State Bar No.: 5469945 (NY)
S.D. Adm. EB6850
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jhewitt@susmangodfrey.com

## CERTIFICATE OF CONFERENCE

I certify that counsel for Intervenor-Plaintiffs conferred with counsel for Akazoo, S.A. who is not opposed to the relief requested in this motion.

*s/ Vineet Bhatia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, a copy of the foregoing *Unopposed Motion to Enter Agreed Judgment* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/ Vineet Bhatia*
Vineet Bhatia