UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>AKAZOO S.A.,<br><br>            Defendant. | 1:20-cv-08101-AKH<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## **AGREED FINAL JUDGMENT**

The Securities and Exchange Commission having filed a Complaint and Akazoo S.A. ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of an agreed judgment as to injunctive relief (Dkt. Nos. 59-61); consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided in the Consent); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $38.8 million representing net profits gained as a result of the conduct alleged in the Complaint. Defendant's obligation to pay $38.8 million shall be deemed satisfied upon final approval of Defendant's pending settlement agreements with investors in related private litigation, pursuant to which Defendant will pay $35 million and coordinate with investors in

seeking potential additional recoveries. *See In re Akazoo S.A. Securities Litigation*, Case No. 1:20-cv-01900-BMC (E.D.N.Y.) and *Pareja, et al. v. Apostolos N. Zervos, et al.*, Case No. 2020CV337418 (Superior Court for the State of Georgia, Fulton County).

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Stipulation and Order entered on October 23, 2020 (Dkt. No. 40) is vacated.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: October 27, 2021

_____
UNITED STATES DISTRICT JUDGE