UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :
SECURITIES AND EXCHANGE COMMISSION, :
                                                      :      **ORDER CLOSING CASE**
                            Plaintiff,    :
      -against-                           :      20 Civ. 8101 (AKH)
                                                        :
AKAZOO, S.A.,                                :
                            Defendant.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On August 16, 2021 Plaintiff submitted its unopposed motion to enter final judgment (ECF No. 72).  On October 12, 2021 Intervenor-Plaintiffs submitted their unopposed motion to enter final judgment (ECF No. 75).

         I have now entered judgment as requested in each motion.  Accordingly, the Clerk shall terminate ECF No. 72, ECF No. 75, and all other open motions, and mark the case closed.

         SO ORDERED.

Dated:      October 27, 2021                                /s/ Alvin K. Hellerstein
                New York, New York                        ALVIN K. HELLERSTEIN
                                                                  United States District Judge